| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:17-cv-3252-RLY-MJD |
| | ) | |
| PAUL A. MILLER and UNION | ) | |
| TECH, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

Rubin Pusha III of the law firm of Barnes & Thornburg LLP hereby enters his

Appearance on behalf of Defendant, 3D Systems Corporation in the above-captioned matter.

Respectfully submitted,


s/*Rubin Pusha III*
Rubin Pusha III, Esq. (30815-49)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-7325
Facsimile: (317) 231-7433
E-mail: rubin.pusha@btlaw.com

*Attorneys for Plaintiff 3D Systems Corporation*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing document has been electronically served this 13th day of September, 2017, with the Clerk of Court using the CM/ECF system, which will send notice to the following counsel. Additionally, the undersigned counsel served the foregoing by emailing and/or depositing a copy of the same in the United States Mail, first-class postage prepaid, and properly addressed to the following:

Paul A. Miller
5805 W 700 N
McCordsville, Indiana 46055

Union Tech, Inc.
c/o Mr. Edgar Petti, Registered Agent
22 54th Street
Geneva, Illinois 60134

With Courtesy Copy to:

William H. Floyd, III, Esq.
Nikole S. Mergo, Esq.
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
P.O. Box 2426
Columbia, South Carolina 29202

Diane E. Sugrue, Esq.
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 301
Chatham, NJ 07928

*/s/ Rubin Pusha III*
Rubin Pusha III