UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANANPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION No.: 1:17-cv-3252-RLY-MJD |
| | ) | |
| PAUL A. MILLER and UNION TECH, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF NIKOLE S. MERGO, ESQ.

Rubin Pusha III, Esq., of the law firm of Barnes & Thornburg LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Nikole S. Mergo, Esq., of Nexsen Pruet, LLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of 3D Systems Corporation in the above styled cause only. In support of this Motion, the undersigned states as follows:

1. The Certification of Nikole S. Mergo, Esq., as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. Electronic payment in the amount of One Hundred and 00/100 Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted via pay.gov contemporaneously with the filing of this Motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Nikole S. Mergo, Esq., leave to appear *pro hac vice* for purposes of this cause only.

[*signature page follows*]

Respectfully submitted,

Dated: September 13, 2017        /s/*Rubin Pusha III*
John R. Maley, Esq. (14300-89)
Rubin Pusha III (30815-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  (317) 236-7325
Facsimile:  (317) 231-7433
E-mail:  rubin.pusha@btlaw.com

*Attorneys for 3D Systems Corporation*

# CERTIFICATE OF SERVICE

On this 13th day of September, 2017, the undersigned counsel hereby certifies that a copy of the foregoing document has been electronically served with the Clerk of Court and on counsel of record using the CM/ECF system and/or United States First Class Mail and served via e-mail and/or United States First Class Mail on the following:

> Paul A. Miller
> 5805 W 700 N
> McCordsville, Indiana 46055
>
> Union Tech, Inc.
> c/o Mr. Edgar Petti, Registered Agent
> 22 54th Street
> Geneva, Illinois 60134
>
> William H. Floyd, III, Esq.
> Nikole S. Mergo, Esq.
> James A. Byars, Esq.
> NEXSEN PRUET, LLC
> 1230 Main Street, Suite 700
> P.O. Box 2426
> Columbia, South Carolina 29202
>
> Diane E. Sugrue, Esq.
> NUKK-FREEMAN & CERRA, P.C.
> 26 Main Street, Suite 301
> Chatham, NJ 07928

                                           */s/ Rubin Pusha III*
                                           Rubin Pusha III