# EXHIBIT A

**Exhibit A**

**Certificate of Nikole S. Mergo, Esq.
In Support of Motion to Appear Pro Hac Vice**

In support of the *Motion to Appear Pro Hac Vice Filed on Behalf of Attorney Nikole S. Mergo, Esq.* (the "Motion") filed on my behalf by Rubin Pusha III, Esq., of the law firm of Barnes & Thornburg LLP, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states as follows:

1. I am admitted to practice and in good standing as a member of the Bar of the State of South Carolina and North Carolina, as well as the United States District Court for the Districts of South Carolina, Eastern District of North Carolina, Middle District of North Carolina and Western District of North Carolina and the Fourth Circuit Court of Appeals.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and I will abide by these rules and standards.

I certify that the above information is true and correct.

[*signature page follows*]

        Respectfully submitted,

Dated: September 13, 2017

        Nikole S. Mergo, Esq. (Fed. ID # 7410)
        NEXSEN PRUET, LLC
        1230 Main Street, Suite 700
        P.O. Box 2426
        Columbia, South Carolina 29202
        Telephone:  803.540.2042
        Facsimile:  803.727.1480
        Email:  nmergo@nexsenpruet.com