UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANANPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION No.: 1:17-cv-3252-RLY-MJD |
| | ) | |
| PAUL A. MILLER and UNION TECH, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY JAMES A. BYARS, ESQ.**

This cause has come before the Court upon the *Motion to Appear Pro Hac Vice Filed on Behalf of Attorney James A. Byars, Esq.* (the "Motion"), filed by Rubin Pusha III, Esq., of the law firm of Barnes & Thornburg LLP, pursuant to S.D. Ind. Local Rule 83-6(a), seeking leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of 3D Systems Corporation in the above styled cause only. Being fully advised in the premises, it is now ORDERED that the Motion be, and hereby is, GRANTED.

**The Applicant's contact information should be entered as follows**:

James A. Byars, Esq. (Fed. ID #: 11480)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
P.O. Box 2426
Columbia, South Carolina 29202
Telephone: 803.540.2051
Facsimile: 803.727.1422
Email: jbyars@nexsenpruet.com

[*signature page follows*]

Dated: _____

                                                 _____
                                                 United States Magistrate Judge
                                                 Southern District of Indiana

**<u>Distribution to</u>**:

All ECF-registered counsel of record via email generated by the Court's ECF System