UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03252-RLY-MJD |
| | ) | |
| PAUL A. MILLER, | ) | |
| UNION TECH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR OCTOBER 11, 2017**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for an Initial Pretrial Conference. The parties could not agree upon a Case Management Plan, so the Court will establish a case schedule in a separate Case Management Order.

The Court hereby establishes the following schedule with regard to Plaintiff's request for a preliminary injunction:

a. All discovery opened as of **September 14, 2017**.

b. Plaintiff shall respond to Union Tech, Inc.'s interrogatories and request for production on or before **October 25, 2017**.

c. Henceforth, and until the close of preliminary injunction discovery, the Court's Order Granting Plaintiff 3D Systems Corporation's Motion for Expedited Discovery [Dkt. 23] shall apply to all parties and all discovery served by any party shall be due within fourteen days of service and, unless otherwise agreed by the parties, all depositions shall take place within fourteen days of being noticed.

d. The parties shall conclude discovery as to preliminary injunction issues on or before **February 1, 2018**.

e. Plaintiff shall file a brief in support of its request for a preliminary injunction on or before **March 1, 2018**; Defendants shall file a response thereto on or before **March 15, 2018**, and Plaintiff shall file any brief in reply on or before **March 22, 2018**.

Defendant Miller acknowledged that Plaintiff may seek preliminary injunctive relief in court, notwithstanding the parties' arbitration agreement. Accordingly, Defendant Miller agreed to withdraw his Motion to Stay Proceedings Pending Outcome of Arbitration [Dkt. 15] and the Clerk will show Docket No. 15 as **WITHDRAWN**. Nevertheless, Defendant Miller intends to pursue his request for arbitration as to the merits of Plaintiff's claims. Accordingly, Defendant Miller shall file a motion to compel arbitration and to stay this proceeding on the merits on or before **November 14, 2017**. Defendant Union Tech, Inc. shall file any joinder in that motion on or before **November 21, 2017**. Plaintiff shall respond to Defendant(s) motions on or before **December 8, 2017** and Defendant(s) shall file any replies on or before **December 18, 2017**.

This matter is scheduled for a telephonic status conference on **Wednesday, November 1, 2017 at 9:00 a.m. (Eastern)** to discuss case status. Prior to the call the parties should meet-and-confer and be prepared to discuss the proposed nature and length of the preliminary injunction hearing. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 16 OCT 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.