# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | CASE NO. 1:17-cv-3252-RLY-MJD |
| Plaintiff, | ) | |
| v. | ) | |
| PAUL A. MILLER and UNION TECH, INC., | ) | |
| Defendants. | ) | |

## MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendants Paul A. Miller and Union Tech, Inc., by their counsel, pursuant to 9 U.S.C. § 4, move to compel arbitration and stay these proceedings. In support of this Motion, Defendants submit their Brief in Support of Motion to Compel Arbitration and Stay Proceedings.

WHEREFORE, Defendants Paul A. Miller and Union Tech, Inc. request that this Motion be granted and that this Court order the parties to arbitration and stay these proceedings.

By:  */s/ Steven M. Crell*
Steven M. Crell, Esq.
Cohen Garelick & Glazier LLP

*Attorneys for Paul A. Miller*

By:  */s/ Louis DiSanto*
Bryan S. Strawbridge, #29076-49
Frost Brown Todd LLC

Louis DiSanto (admitted *Pro Hac Vice*)
Marc S. Cooperman (admitted *Pro Hac Vice*)
Matthew P. Becker (admitted *Pro Hac Vice*)
Katie L. Becker (admitted *Pro Hac Vice*)
Banner & Witcoff, LTD.

*Attorneys for Union Tech, Inc.*

<h1>CERTIFICATE OF SERVICE</h1>

  I hereby certify that on the 2nd day of November, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John R. Maley, Esq.
Rubin Pusha, III, Esq.
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
jmaley@btlaw.com
rubin.pusha@btlaw.com

Nikole S. Mergo (admitted *Pro Hac Vice*)
William H. Floyd, III (admitted *Pro Hac Vice*)
James A. Byars (admitted *Pro Hac Vice*)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29202
nmergo@nexsenpruet.com
wfloyd@nexsenpruet.com
jbyars@nexsenpruet.com

              */s/ Louis DiSanto*
              Louis DiSanto

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
abrown@fbtlaw.com
bstrawbridge@fbtlaw.com

Louis DiSanto
Marc S. Cooperman
Matthew P. Becker
Katie L. Becker
BANNER & WITCOFF, LTD.
Ten South Wacker Drive, Suite 3000
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001

LDiSanto@bannerwitcoff.com
MCooperman@bannerwitcoff.com
MBecker@bannerwitcoff.com
KBecker@bannerwitcoff.com