UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03252-RLY-MJD |
| | ) | |
| PAUL A. MILLER, | ) | |
| UNION TECH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter comes before the Court on Defendants' Motion to Compel Arbitration and Stay Proceedings. [Dkt. 50.] Any response to the Motion is due on or before **November 20, 2017**. Any reply in support of the Motion is due on or before **November 29, 2017**.

This order supersedes that portion of the Court's Minute Entry for October 11, 2017 purporting to set a briefing schedule on an anticipated motion to compel arbitration. [Dkt. 46 at 2.]

SO ORDERED.

Dated: 6 NOV 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.