UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:17-cv-03252-RLY-MJD |
| PAUL A. MILLER, UNION TECH, INC., | ) ) ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR DECEMBER 4, 2017**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic discovery conference on **Thursday, December 7, 2018 at 9:30 a.m. (Eastern)** to discuss a number of discovery disputes that have arisen among the parties. At or before **11:00 a.m. (Eastern) on December 6, 2017**, the parties shall email the Magistrate Judge, with copies to the opposing parties, copies of all discovery requests and responses that are at issue in the dispute, along with any other documents the parties would like the Court to consider in preparing for the conference; such documents should be emailed to MJDinsmore@insd.uscourts.gov. Counsel for Defendant Miller is excused from the conference if none of the discovery disputes at issue involve Defendant Miller. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 4 DEC 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.