UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03252-RLY-MJD |
| | ) | |
| PAUL A. MILLER, | ) | |
| UNION TECH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR DECEMBER 7, 2017**
**DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Discovery Conference to discuss discovery disputes between the parties. At the outset, the parties reported they had resolved their issues regarding Plaintiff's Rule 30(b)(6) deposition notice to Union Tech.

The Court and parties then discussed Union Tech's issues regarding Plaintiff's responses to Union Tech's Interrogatory No. 11 and Request for Production Nos. 81, 82, and 83. Following that discussion, the Court authorized Union Tech to file a motion to compel with regard to those requests.

The Court and parties then discussed Plaintiff's issues with Union Tech's responses to Plaintiff's requests for production. Plaintiff complains that Union Tech has not identified which of the documents it has produced are responsive to which of Plaintiff's requests. Union Tech represented that the documents have been produced in native electronic format in the manner in which they are maintained in the ordinary course of Union Tech's business. The Court authorized Plaintiff to file a motion to compel, but noted that Fed. R. Civ. P. 34(b)(2)(E)(i)

contemplates production of documents as they are kept in the usual course of the responding party's business.

This matter is scheduled for a telephonic status conference on **Monday, January 8, 2018 at 2:10 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 7 DEC 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.