UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03252-RLY-MJD |
| | ) | |
| PAUL A. MILLER, | ) | |
| UNION TECH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JANUARY 8, 2018
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

Plaintiff was authorized to file a motion to compel the production of the electronic devices of Mr. Tsou and Ms. Berkay for examination pursuant to the parties' stipulated forensic protocol.

Plaintiff was instructed to file a motion seeking enlargement of the preliminary injunction discovery and briefing deadlines.

This matter is scheduled for a telephonic status conference on **Friday, February 23, 2018 at 11:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 8 JAN 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.