# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:17-cv-3252-RLY-MJD |
| | ) | |
| PAUL A. MILLER and UNION TECH, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO AMEND INITIAL PRETRIAL SCHEDULE (ECF 46)**

Pursuant to Fed. R. Civ. P. 16(b)(4), S.D. Ind. L.R. 16-1(f), and as discussed with the Court during a status conference call on January 8, 2018, Plaintiff 3D Systems Corporation ("Plaintiff" or "3D Systems"), by and through the undersigned counsel, hereby moves the Court to amend certain portions of the initial pretrial schedule, set forth by the Court in ECF 46 filed on October 16, 2017, by extending the following deadlines by sixty days:

d.      The parties shall conclude discovery as to preliminary injunction issues on or before February 1, 2018 **[the new proposed deadline is April 2, 2018].**

e.      Plaintiff shall file a brief in support of its request for a preliminary injunction on or before March 1, 2018 **[the new proposed deadline is April 30, 2018];** Defendants shall file a response thereto on or before March 15, 2018 **[the new proposed deadline is May 14, 2018]**, and Plaintiff shall file any brief in

reply on or before March 22, 2018 **[the new proposed deadline is May 21, 2018].**

As grounds for Plaintiff's Motion to Amend Initial Pretrial Schedule (ECF 46), Plaintiff states the following:

1.      Plaintiff recently filed a Motion for Leave to File Amended Complaint (ECF 76), seeking among other things to name an additional defendant, RP Sales America, Inc. d/b/a RP America "(RP Sales"). The parties are scheduled to brief the motion. If the Court grants the motion, RP Sales will have at least 21 days to file its Answer following service. Plaintiff seeks injunctive relief, including a preliminary injunction, against RP Sales, so additional time will be needed to conduct expedited, preliminary discovery related to RP Sales.

2.      The parties have actively engaged in preliminary discovery, including conducting several depositions and scheduling several more depositions between now and early March 2018. The parties have also served numerous sets of written discovery, including multiple sets of interrogatories, document requests, and requests to admit. The parties anticipate conducting additional depositions and serving additional written discovery.

3.      Of the upcoming depositions, two involve material witnesses of Defendant Union Tech, Inc.: Union Tech's CEO and President, Barry Tsou, and former International Operations Director, Yonca Berkay. Both witnesses reside outside of the United States, complicating the scheduling of their depositions. Plaintiff and Defendant Union Tech, however, have agreed to seek to schedule Ms. Berkay's deposition sometime in mid-February and have agreed to schedule Mr. Tsou's deposition during the first week of March. Additional depositions may be required as well.

4.      Some of the pending written discovery between the parties is subject to Defendant Union Tech, Inc.'s Motion to Compel, which is currently pending before the Court.  Plaintiff also anticipates filing a Motion to Compel seeking the forensic analysis of Tsou's and Berkay's electronic devices.   Resolution of these motions could trigger additional discovery or supplemental responses, requiring additional time.

Prior to filing this motion, Plaintiff consulted opposing counsel.  Counsel for Defendant Paul Miller consents to this motion. Counsel for Defendant Union Tech, Inc. does not consent to this motion.

Therefore, for good cause shown, Plaintiff respectfully requests that the Court amend the Initial Pretrial Schedule (ECF 46) by extending the deadlines in paragraphs "d" and "e" by sixty days, resulting in the following revised schedule:

d.      The parties shall conclude discovery as to preliminary injunction issues on or before April 2, 2018.

e.      Plaintiff shall file a brief in support of its request for a preliminary injunction on or before April 30, 2018; Defendants shall file a response thereto on or before May 14, 2018, and Plaintiff shall file any brief in reply on or before May 21, 2018.

Respectfully submitted,

3D SYSTEMS CORPORATION

By its attorneys,

Date:  January 11, 2017            *s/John R. Maley*
                                   John R. Maley, Esq. (14300-89)
                                   Rubin Pusha III, Esq. (30815-49)
                                   BARNES & THORNBURG LLP
                                   11 South Meridian Street
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 236-1313

Facsimile: (317) 231-7433
E-mail:  jmaley@btlaw.com
E-mail:  rubin.pusha@btlaw.com

*Admitted pro hac vice*:
William H. Floyd, III
wfloyd@nexsenpruet.com
Nikole S. Mergo
nmergo@nexsenpruet.com
James A. Byars
jbyars@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
Phone:  803.771.8900
Facsimile:  803.727.1429

## CERTIFICATE OF SERVICE

On this 11th day of January 2017, the undersigned counsel hereby certifies that a copy of the foregoing document has been electronically served with the Clerk of Court and on counsel of record using the CM/ECF system on the following counsel of record:

Steven M. Crell, Esq.
Cohen Garelick & Glazier
8888 Keystone Crossing Blvd.
Suite 800
Indianapolis, IN  46240
screll@cgglawfirm.com

Alan S. Brown, Esq.
Bryan S. Strawbridge, Esq.
FROST BROWN TODD LLC
201 North Illinois Street
Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
abrown@fbtlaw.com
bstrawbridge@fbtlaw.com

Louis DiSanto, Esq.
Katie L. Becker, Esq.
Matthew P. Becker, Esq.
Marc S. Cooperman, Esq.
Banner & Witcoff
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606
ldisanto@bannerwitcoff.com
kbecker@bannerwitcoff.com
mbecker@bannerwitcoff.com

*/s/John R. Maley*
John R. Maley