**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| 3D SYSTEMS CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL A. MILLER and UNION TECH, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:17-cv-3252-RLY-MJD |

**ORDER ON PLAINTIFF'S MOTION TO AMEND INITIAL PRETRIAL SCHEDULE**

This matter comes before the Court on Plaintiff's unopposed Motion to Amend Initial Pretrial Schedule. [Dkts. 81 & 95.] Accordingly, the Court hereby **GRANTS** Plaintiff's motion [Dkt. 81] and hereby amends its Minute Entry for October 11, 2017 [Dkt. 46] as follows:

> d. The parties shall conclude discovery as to preliminary injunction issues on or before **April 2, 2018**.
>
> e. Plaintiff shall file a brief in support of its request for a preliminary injunction on or before **April 30, 2018**; Defendants shall file a response thereto on or before **May 14, 2018**, and Plaintiff shall file any brief in reply on or before **May 21, 2018**.

All other requirements of the Court's Minute Entry for October 11, 2017 [Dkt. 46] remain in effect.

SO ORDERED.

Dated: 8 FEB 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.