UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| 3D SYSTEMS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL A. MILLER, )<br>UNION TECH, INC., )<br>RP SALES AMERICA, INC., )<br>)<br>Defendants. ) | No. 1:17-cv-03252-RLY-MJD |

**MINUTE ENTRY FOR FEBRUARY 23, 2018**
**STATUS AND DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

With the parties' agreement, the Court enlarges the time for Defendant RP Sales America, Inc. to respond to Plaintiff's interrogatories, request for production, and request for admissions to and including **March 23, 2018**.

Defendant RP Sales America, Inc. shall serve its Fed. R. Civ. P. 26 initial disclosures and file its preliminary witness and exhibit lists on or before **March 9, 2018**.

This matter is scheduled for a telephonic status conference on **Wednesday, March 28, 2018 at 2:40 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  23 FEB 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.